Peter M. Steinberg, Esq., State Bar No. 89300
Steinberg Injury Lawyers
12300 Wilshire Boulevard
Suite 210
Los Angeles, CA 90025
Phone:      (310) 450-5960
Facsimile:  (310) 450-4252

Attorneys for Plaintiff DANIEL J. COPLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. COPLAN, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES** |
| UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; JOSE MADRONA; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

COMES NOW plaintiff, DANIEL J. COPLAN, and hereby complains as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this tort action pursuant to 28 United States Code section 1391(e)(3) establishing federal court jurisdiction whenever the United States of America is a party to an action. Venue is likewise proper in this district under 28 United States Code section 1391 and because Defendants' acts of negligence complained of herein have occurred and are occurring in this judicial district.

## THE PARTIES

2. Plaintiff, DANIEL J. COPLAN ("Coplan"), is an individual who at all times material hereto resided and was domiciled in Marina Del Rey, California.

3. Plaintiff is informed and believes and thereon alleges that at all times material hereto, the United States Postal Service ("USPS") was and is a governmental agency and was and is an agency of the federal government of the United States of America, and the United States of America is responsible for an action, inactions, negligence or any other wrongdoing or transgressions of the USPS and/or its agents or employees. .

4. The true names and capacities, whether individual, corporate, partnership, associate or otherwise, of defendants Does 1 through 100 inclusive, and each of them, are unknown to Plaintiff who therefore sues them by such fictitious names. Plaintiff will seek leave to amend ths Complaint to show the true names and capacities of Does 1 though 100 when he has discovered them. Plaintiff alleges that, at al times mentioned herein, all of the Defendants acted or participated in some manner in th acts alleged herein, and in some way caused and are responsible for Plaintiff's damages. All reference to the named Defendants shall include, without limitation , Does 1 though 100.

## STATEMENT OF FACTS

5. Jose Madrona, was an employee of the USPS at the time of this incident.

6. On February 8, 2017, Plaintiff was riding a bicycle northbound on Ocean Avenue in the bicycle lane, in the city of Santa Monica.

7. At or about 3:35 p.m. on February 8, 2017, USPS employee, Jose Madrona, was operating a USPS postal truck northbound on Ocean Avenue and struck Plaintiff's left handle bar, causing him to fall from his bicycle and sustain injuries and damages according to proof.

8. As a result of this incident, Plaintiff suffered injuries consisting of left

shoulder rotator cuff tear, concussion, ribs and left wrist abrasions.

## FIRST CAUSE OF ACTION

**(For Negligence Against Defendants United States of America, United States Postal Services; Jose Madrona; and Does 1 through 100)**

9. Plaintiff hereby incorporates paragraphs 1 through 8 as though fully set forth in this cause of action.

10. Defendant USPS herein was and is an independent agency of the executive branch of the government of the United States.

11. Jose Madrona was an employee of the USPS and negligently operated a USPS vehicle by failing to safely operate the vehicle in violation of the law.

12. Defendant USPS is responsible for the negligence of Jose Madrona as Mr. Madrona was acting in the course and scope of his employment and relationship with the USPS.

13. As a result of the negligence and other conduct of Defendant Jose Madrona, Plaintiff suffered severe injuries to his body and shock and injuries to his nervous system, all of which caused him severe pain and discomfort. Plaintiff is informed and believes, and based upon such information and belief, alleges that he will suffer severe pain and discomfort in the future, all to his general damages in a sum according to proof at the time of trial.

14. As a result of the negligence and other conduct of Defendants and each of them, and the injuries resulting therefrom, Plaintiff was required, and is informed and believes, that he will in the future require, the services of doctors, surgeons, physicians, nurses, hospitals, and related professional services, including drugs, medicines, x-rays and medical expenses, and the exact and reasonable amount of said services and liability, according to proof at the time of trial of this action.

///

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff, DANIEL J. COPLAN, prays that judgment be entered against the named Defendants, United States of America, United States Postal Services; Jose Madrona, and each of them, as follows:

1. For general damages according to proof;
2. For medical and incidental expenses according to proof;
3. For all costs of suit incurred herein, and;
4. For such other and further relief as the Court deems just and proper.

DATED: February 14, 2019        STEINBERG INJURY LAWYERS

By: _____
PETER M. STEINBERG
Attorneys for Plaintiff
DANIEL J. COPLAN